People v Pearson (2024 NY Slip Op 04719)

People v Pearson

2024 NY Slip Op 04719

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024

PRESENT: BANNISTER, J.P., OGDEN, DELCONTE, KEANE, AND HANNAH, JJ. (Filed Sept. 27, 2024.) 

MOTION NO. (932/20) KA 17-00556.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
CHRISTOPHER PEARSON, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.